**Electronically Filed
Supreme Court
SCWC-21-0000224
25-APR-2025
10:08 AM
Dkt. 3 ODAC**

SCWC-21-0000224

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

PUU HELEAKALA COMMUNITY ASSOCIATION,
by and through its Board of Directors,
Respondent/Plaintiff-Appellee,

vs.

GABI KIM COLLINS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000224; CASE NO. 1RC181007771)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on March 11, 2025, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 25, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

